UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEDRO D. NIEBLAS-LOVE,

        Plaintiff,

-against-                                                     24 **CIVIL** 8993 (MMG)

**JUDGMENT**

ILEANA DIAZ, et al.,

        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 16, 2024, Plaintiff's complaint is DISMISSED WITH PREJUDICE as an improper amendment of his complaint in the 2023 Action. The Court certifies under 28 U.S.C. 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York

       December 17, 2024

                                                                 **TAMMI M. HELLWIG**

                                                                   **Clerk of Court**

                                       **BY:**

                                                                   **Deputy Clerk**